IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BIRMINGHAM LUXURY MOTORS, INC., )<br>      Plaintiff, )<br> ) <br>v. ) <br> ) <br>MOBILE LUXURY MOTORS, LLC, *et al.*, )<br>      Defendants. ) | CIVIL ACTION: 1:21-00356-KD-M |

**ORDER**

This matter is before the Court on the parties' Joint Statement on Status of Settlement Negotiations, notifying the Court that the parties have reached a settlement of this case. (Doc. 19).

As such, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **thirty (30) days** of the date of this Order should the settlement agreement not be consummated. Each party shall bear its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **6th** day of **September 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**